# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

FILED - KZ
December 29, 2023 3:31 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
ems   Scanned by ES /1/2

1:23-cv-1372

Jane M. Beckering
U.S. District Judge

Menyon O. Ozomaro
2115 E main St.
Kalamazoo, MI 49048

Plaintiff(s),

v   United States District Court
Western District of Michigan
110 Michigan St. N.W.
Grand Rapids, MI 49503

Defendant(s).

Case No.
Honorable

I am filing to retain my property that I was unaware of the government taking. I was never notified and would like to argue for my property. Property sits at 524 Florence St. Kalamazoo, MI 49007.

Menyon Ozomaro
12/29/23