UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MENYON O. OZOMARO,

    Plaintiff,

v.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN,

    Defendant.
_____/

Case No. 1:23-cv-1372

HON. JANE M. BECKERING

## **JUDGMENT**

In accordance with the Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that Plaintiff's Complaint is DISMISSED for failure to state a claim.

Dated: January 29, 2024

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge